[COPY]

Kenneth D. Freundlich (SBN119806)
FREUNDLICH LAW
16133 Ventura Blvd. Suite 1270
Encino, CA 91436
P: (818) 3775-3790
F: (310) 275-5351
E-Mail: ken@freundlichlaw.com

Brian D. Caplan (BC-1713)
Jonathan J. Ross (JR-0581)
CAPLAN & ROSS LLP
270 Madison Avenue, 13th Floor
New York, New York 10016
E-Mail: bcaplan@caplanross.com

*Pro Hac Vice Application To Be Filed*

Attorneys for Plaintiffs ARMAND ZENTIL and JOSEPH ZENTIL

FILED
2012 OCT 17 PM 3:41
CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES
BY _____

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

ARMAND ZENTIL, an individual, and JOSEPH ZENTIL, an individual

    Plaintiffs,

vs.

NATASSIA GAIL ZOLOT, professionally known as "Kreayshawn," an individual, and SONY MUSIC ENTERTAINMENT, a Delaware Corporation,

    Defendants.

Case No. CV12-8966 ABC (RZx)

**COMPLAINT**

[DEMAND FOR JURY TRIAL]

COMPLAINT

Plaintiffs Armand Zentil and Joseph Zentil, by their attorneys, Freundlich Law and Caplan & Ross, LLP, Pro Hac Vice Application to be filed, as and for their complaint against Defendants Natassia Gail Zolot, professionally known as "Kreayshawn," and Sony Music Entertainment hereby allege as follows:

## JURISDICTION AND VENUE

1. This action is brought, and subject matter jurisdiction lies within this Court, pursuant to 28 U.SC. Sections 1331 and 1338. This Court has federal question jurisdiction in this matter in that Plaintiffs seeks a declaratory judgment and damages against the Defendants named herein under the Copyright Act of 1976, 17 U.S.C. §101 et seq. This Court has pendant jurisdiction over any claims asserted herein which arise under state law, including without limitation, claims seeking an accounting, pursuant to 28 U.S.C. § 1367 in that such claims flow from a common nucleus of operative facts.

2. The venue of this action is properly laid in the Central District of California pursuant to 28 U.S.C. §§ 1391(a) in that a substantial part of the events or the omission giving rise to the claims herein occurred in the Central District of California and, at the time of commencement of this action, Defendants are subject to personal jurisdiction in the Central District of California.

## PARTIES

3. Plaintiff Armand Zentil is a citizen and resident of the State of New York.

4. Plaintiff Joseph Zentil is a citizen and resident of the State of New York. (Armand Zentil and Joseph Zentil are hereinafter collectively referred to as "Plaintiffs.")

5. Upon information and belief, Defendant Natassia Gail Zolot, p/k/a "Kreayshawn" ("Kreayshawn"), is a citizen and resident of the State of California.

6. Upon information and belief, Defendant Sony Music Entertainment ("SONY"), is a Delaware corporation, with its principal offices for the conduct of its business located in New York, New York, and which regularly and systematically transacts business in the State of California and in this District.

7. Upon further information and belief, Columbia Records is either an affiliate or subsidiary of SONY.

## BACKGROUND

8. Plaintiffs are engaged in the business of, among other things, producing and directing music videos.

9. Kreayshawn is a musical artist and is engaged in the business of, among other things, performing musical compositions, and recording such performances for commercial exploitation by record companies, and performing and starring in videos of such performances.

10. Upon information and belief, Kreayshawn and Philip Hartzman co-authored the music and lyrics of a musical composition entitled "Gucci Gucci" in or about 2011 (the "Gucci Gucci Song").

11. In or about early 2011, Kreayshawn and Plaintiffs entered into discussions for Plaintiffs to produce and direct a music video for the Gucci Gucci Song (the "Music Video").

2
COMPLAINT

12. Plaintiffs agreed to, and did, produce and direct the Music Video.

13. To date, Plaintiffs have not been paid for their services rendered or costs incurred in connection with the creation of the Music Video, despite due demand therefor.

14. As co-creators of the Music Video, Plaintiffs are the co-owners of the copyrights therein.

15. Plaintiffs have never transferred, assigned or otherwise conveyed their respective copyright interests in the Music Video to any other person or entity.

16. The Music Video was posted to YouTube by Kreayshawn on or about May 16, 2011.

17. The Music Video has over 36 million views on YouTube.

18. The information posted below the Music Video on YouTube states that the Music Video was directed by "@JOSEPHZENTIL" (Plaintiff Joseph Zentil) and produced by "@STRANGEARMAND" (Plaintiff Armand Zentil).

19. Kreayshawn now has over 118,000 YouTube subscribers that receive an update every time a new video is posted on Kreayshawn's YouTube channel, and Kreayshawn's YouTube channel has had almost 65 million views.

20. The Music Video is the most popular and most viewed of the videos on Kreayshawn's YouTube channel.

21. Upon information and belief, Kreayshawn has caused the Music Video to be broadcast on the cable television network MTV.

22. Upon information and belief, shortly after the Music Video was posted to YouTube.com, and partly because of the success of said Music Video, Kreayshawn entered into a million dollar recording agreement with Columbia Records, a record label owned by defendant SONY.

23. Upon information and belief, Kreayshawn, despite having no copyrights in or to the Music Video, purported to convey the copyrights in and to the Music Video to Columbia Records and/or SONY in the recording agreement.

24. Upon further information and belief, pursuant to the terms of the recording agreement between Kreayshawn and Columbia Records, Kreayshawn is a worker for hire and Columbia Records and/or SONY is the beneficial owner of Kreayshawn's creative work product, including, but not limited to, her copyright interest in the Music Video.

25. Upon information and belief, Kreayshawn and/or Columbia Records and SONY have commercially exploited the Music Video, and have caused the Music Video to be aired or broadcast without the consent, authorization or permission of Plaintiffs.

26. Upon information and belief, Kreayshawn and/or Columbia Records have received money in connection with the commercial exploitation of the Music Video.

27. Plaintiffs have never received any royalties or other monetary compensation in connection with their creation of, their copyright in, and the

4
COMPLAINT

commercial exploitation of the Music Video, including, but not limited to, accountings and payments from Kreayshawn and/or Columbia Records or SONY.

## AS AND FOR A FIRST CLAIM
(Declaratory Judgment)

28. Plaintiffs repeat and reallege the allegations contained in paragraphs 1 through 28 above as if set forth herein at length.

29. As described above, Plaintiffs are co-creators of the Music Video.

30. Plaintiffs contend that they are co-creators of the Music Video and, as such, are co-owners of the copyrights therein.

31. Upon information and belief, Defendants contend that they, not Plaintiffs, are the beneficial owner of the copyrights in and to the Music Video.

32. By reason of the foregoing, there is a justiciable controversy between Plaintiffs and Defendants.

33. Because of the parties' conduct, as described above, Plaintiffs are entitled to a declaration that they are co-creators of the Music Video and that they, therefore, are co-owners of the copyrights therein.

34. Plaintiffs have no adequate remedy at law.

## AS AND FOR A SECOND CLAIM
(Accounting)

35. Plaintiffs repeat and reallege the allegations contained in paragraphs 1 through 35 above as if set forth herein at length.

36. Upon information and belief, Defendants have received monies and other benefits from the use, sale and/or commercial exploitation of the Music Video co-created by Plaintiffs, and have failed to properly account to Plaintiffs, the co-owners of the copyrights therein, or pay any royalties whatsoever to Plaintiffs.

37. By reason of the foregoing, Plaintiffs are entitled to an accounting of all monies received by Kreayshawn and Columbia Records and/or SONY from the use, sale and/or commercial exploitation of the Music Video.

38. Plaintiffs have no adequate remedy at law.

### AS AND FOR A THIRD CLAIM
(Quantum Meruit)

39. Plaintiffs repeat and reallege the allegations contained in paragraphs 1 through 39 above as if set forth herein at length.

40. As a result of the foregoing, Plaintiffs are entitled, on the basis of <u>quantum meruit</u> to be compensated for the fair and reasonable value of the directorial and producer services rendered to Kreayshawn relating to the Music Video, in an amount to be determined at trial, but in no event less than $150,000.

**WHEREFORE**, Plaintiffs demand judgment as follows:

On the First Claim for Relief, an Order declaring that Plaintiffs are the co-creators of the Music Video, and as such are the co-owners of the copyrights therein;

On the Second Claim for Relief, an Order directing Defendants to account to Plaintiffs for all sums received by them from the exploitation and/or beneficial use of the Music Video, and to pay over to Plaintiffs their respective proportionate shares of such monies, with interest thereon;

On the Third Claim for Relief, an Order directing that Kreayshawn pay to Plaintiffs the fair and reasonable value of the services rendered to her in connection with the Music Video, including, but not limited to, costs expended by Plaintiffs, in an amount to be determined at trial, but in no event less than $150,000;

An award to Plaintiffs of the costs and disbursements incurred in this action; and such other and further relief as the Court deems just and proper.

Dated: October 17, 2012

CAPLAN & ROSS LLP

Brian D. Caplan (BC-1713)
Jonathan J. Ross (JR-0581)
Attorneys for Plaintiffs,. Pro Hac Vice application To Be Filed

FREUNDLICH LAW

By: _____
Kenneth D. Freundlich
Attorneys For Plaintiffs Armand Zentil and Joseph Zentil

7
**COMPLAINT**

## DEMAND FOR JURY

Defendant hereby requests trial by jury of all issues and claims as permitted by law.

DATED: October 17, 2012

FREUNDLICH LAW

_____
Kenneth D. Freundlich
Attorneys For Plaintiffs Armand Zentil
and Joseph Zentil

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

NOTICE OF ASSIGNMENT TO UNITED STATES MAGISTRATE JUDGE FOR DISCOVERY

This case has been assigned to District Judge Audrey B. Collins and the assigned discovery Magistrate Judge is Ralph Zarefsky.

The case number on all documents filed with the Court should read as follows:

**CV12- 8966 ABC (RZx)**

Pursuant to General Order 05-07 of the United States District Court for the Central District of California, the Magistrate Judge has been designated to hear discovery related motions.

All discovery related motions should be noticed on the calendar of the Magistrate Judge

======================================================

**NOTICE TO COUNSEL**

*A copy of this notice must be served with the summons and complaint on all defendants (if a removal action is filed, a copy of this notice must be served on all plaintiffs).*

Subsequent documents must be filed at the following location:

| [✓] Western Division | [ ] Southern Division | [ ] Eastern Division |
|---|---|---|
| 312 N. Spring St., Rm. G-8 | 411 West Fourth St., Rm. 1-053 | 3470 Twelfth St., Rm. 134 |
| Los Angeles, CA 90012 | Santa Ana, CA 92701-4516 | Riverside, CA 92501 |

Failure to file at the proper location will result in your documents being returned to you.

---

CV-18 (03/06)   NOTICE OF ASSIGNMENT TO UNITED STATES MAGISTRATE JUDGE FOR DISCOVERY

UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
CIVIL COVER SHEET

| I (a) PLAINTIFFS (Check box if you are representing yourself ☐) | DEFENDANTS |
|---|---|
| ARMAND ZENTIL, an individual, and JOSEPH ZENTIL, an individual | NATASSIA GAIL ZOLOT, professionally known as "Kreayshawn," an individual, and SONY MUSIC ENTERTAINMENT, a Delaware Corporation, |
| (b) Attorneys (Firm Name, Address and Telephone Number. If you are representing yourself, provide same.) | Attorneys (If Known) |
| Kenneth D. Freundlich (SBN119806)<br>FREUNDLICH LAW<br>16133 Ventura Blvd, Suite 1270, Encino, CA 91436 T: (818) 377-3790 | |

**II. BASIS OF JURISDICTION** (Place an X in one box only.)

☐ 1 U.S. Government Plaintiff   ☒ 3 Federal Question (U.S. Government Not a Party)
☐ 2 U.S. Government Defendant   ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** - For Diversity Cases Only
(Place an X in one box for plaintiff and one for defendant.)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☒ 1 | Incorporated or Principal Place of Business in this State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☒ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☒ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. ORIGIN** (Place an X in one box only.)

☒ 1 Original Proceeding   ☐ 2 Removed from State Court   ☐ 3 Remanded from Appellate Court   ☐ 4 Reinstated or Reopened   ☐ 5 Transferred from another district (specify):   ☐ 6 Multi-District Litigation   ☐ 7 Appeal to District Judge from Magistrate Judge

**V. REQUESTED IN COMPLAINT:** JURY DEMAND: ☒ Yes ☐ No (Check 'Yes' only if demanded in complaint.)
CLASS ACTION under F.R.C.P. 23: ☐ Yes ☐ No      ☐ MONEY DEMANDED IN COMPLAINT: $ no les than 150,000.00

**VI. CAUSE OF ACTION** (Cite the U.S. Civil Statute under which you are filing and write a brief statement of cause. Do not cite jurisdictional statutes unless diversity.)
Declaratory relief under 17 USC 10910 et seq (US Copyright Act)

**VII. NATURE OF SUIT** (Place an X in one box only.)

| OTHER STATUTES | CONTRACT | TORTS PERSONAL INJURY | TORTS PERSONAL PROPERTY | PRISONER PETITIONS | LABOR |
|---|---|---|---|---|---|
| ☐ 400 State Reapportionment | ☐ 110 Insurance | ☐ 310 Airplane | ☐ 370 Other Fraud | ☐ 510 Motions to Vacate Sentence Habeas Corpus | ☐ 710 Fair Labor Standards Act |
| ☐ 410 Antitrust | ☐ 120 Marine | ☐ 315 Airplane Product Liability | ☐ 371 Truth in Lending | | ☐ 720 Labor/Mgmt. Relations |
| ☐ 430 Banks and Banking | ☐ 130 Miller Act | ☐ 320 Assault, Libel & Slander | ☐ 380 Other Personal Property Damage | ☐ 530 General | ☐ 730 Labor/Mgmt. Reporting & Disclosure Act |
| ☐ 450 Commerce/ICC Rates/etc. | ☐ 140 Negotiable Instrument | | | ☐ 535 Death Penalty | |
| ☐ 460 Deportation | ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Fed. Employers' Liability | ☐ 385 Property Damage Product Liability | ☐ 540 Mandamus/ Other | |
| ☐ 470 Racketeer Influenced and Corrupt Organizations | | ☐ 340 Marine | BANKRUPTCY | ☐ 550 Civil Rights | ☐ 740 Railway Labor Act |
| | ☐ 151 Medicare Act | ☐ 345 Marine Product Liability | ☐ 422 Appeal 28 USC 158 | ☐ 555 Prison Condition | ☐ 790 Other Labor Litigation |
| ☐ 480 Consumer Credit | ☐ 152 Recovery of Defaulted Student Loan (Excl. Veterans) | ☐ 350 Motor Vehicle | ☐ 423 Withdrawal 28 USC 157 | FORFEITURE / PENALTY | ☐ 791 Empl. Ret. Inc. Security Act |
| ☐ 490 Cable/Sat TV | | | | | |
| ☐ 810 Selective Service | | ☐ 355 Motor Vehicle Product Liability | | ☐ 610 Agriculture | PROPERTY RIGHTS |
| ☐ 850 Securities/Commodities/ Exchange | ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 360 Other Personal Injury | CIVIL RIGHTS | ☐ 620 Other Food & Drug | ☒ 820 Copyrights |
| ☐ 875 Customer Challenge 12 USC 3410 | | | ☐ 441 Voting | | ☐ 830 Patent |
| | ☐ 160 Stockholders' Suits | ☐ 362 Personal Injury- Med Malpractice | ☐ 442 Employment | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 840 Trademark |
| ☐ 890 Other Statutory Actions | ☐ 190 Other Contract | | ☐ 443 Housing/Acco- mmodations | | SOCIAL SECURITY |
| ☐ 891 Agricultural Act | ☐ 195 Contract Product Liability | ☐ 365 Personal Injury- Product Liability | ☐ 444 Welfare | | ☐ 861 HIA (1395ff) |
| ☐ 892 Economic Stabilization Act | | | | | ☐ 862 Black Lung (923) |
| | ☐ 196 Franchise | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 445 American with Disabilities - Employment | ☐ 630 Liquor Laws | ☐ 863 DIWC/DIWW (405(g)) |
| ☐ 893 Environmental Matters | REAL PROPERTY | | | ☐ 640 R.R. & Truck | |
| ☐ 894 Energy Allocation Act | ☐ 210 Land Condemnation | | | ☐ 650 Airline Regs | ☐ 864 SSID Title XVI |
| ☐ 895 Freedom of Info. Act | ☐ 220 Foreclosure | IMMIGRATION | ☐ 446 American with Disabilities - Other | ☐ 660 Occupational Safety /Health | ☐ 865 RSI (405(g)) |
| ☐ 900 Appeal of Fee Determi- nation Under Equal Access to Justice | ☐ 230 Rent Lease & Ejectment | ☐ 462 Naturalization Application | | | FEDERAL TAX SUITS |
| | ☐ 240 Torts to Land | | | ☐ 690 Other | ☐ 870 Taxes (U.S. Plaintiff or Defendant) |
| | ☐ 245 Tort Product Liability | ☐ 463 Habeas Corpus- Alien Detainee | ☐ 440 Other Civil Rights | | |
| ☐ 950 Constitutionality of State Statutes | ☐ 290 All Other Real Property | ☐ 465 Other Immigration Actions | | | ☐ 871 IRS-Third Party 26 USC 7609 |

CV12-8966

FOR OFFICE USE ONLY:   Case Number: _____

AFTER COMPLETING THE FRONT SIDE OF FORM CV-71, COMPLETE THE INFORMATION REQUESTED BELOW.

CV-71 (05/08)                                CIVIL COVER SHEET                                Page 1 of 2

UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
CIVIL COVER SHEET

**VIII(a). IDENTICAL CASES:** Has this action been previously filed in this court and dismissed, remanded or closed? ☒ No ☐ Yes
If yes, list case number(s): _____

**VIII(b). RELATED CASES:** Have any cases been previously filed in this court that are related to the present case? ☒ No ☐ Yes
If yes, list case number(s): _____

**Civil cases are deemed related if a previously filed case and the present case:**
(Check all boxes that apply)  ☐ A. Arise from the same or closely related transactions, happenings, or events; or
☐ B. Call for determination of the same or substantially related or similar questions of law and fact; or
☐ C. For other reasons would entail substantial duplication of labor if heard by different judges; or
☐ D. Involve the same patent, trademark or copyright, <u>and</u> one of the factors identified above in a, b or c also is present.

**IX. VENUE:** (When completing the following information, use an additional sheet if necessary.)

(a) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which EACH named plaintiff resides.
☐ Check here if the government, its agencies or employees is a named plaintiff. If this box is checked, go to item (b).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
|  | New York, New York |

(b) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which EACH named defendant resides.
☐ Check here if the government, its agencies or employees is a named defendant. If this box is checked, go to item (c).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| Los Angeles County |  |

(c) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which EACH claim arose.
**Note: In land condemnation cases, use the location of the tract of land involved.**

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| Los Angeles County |  |

* Los Angeles, Orange, San Bernardino, Riverside, Ventura, Santa Barbara, or San Luis Obispo Counties
Note: In land condemnation cases, use the location of the tract of land involved

X. SIGNATURE OF ATTORNEY (OR PRO PER): _[signature]_    Date October 17, 2012

Notice to Counsel/Parties: The CV-71 (JS-44) Civil Cover Sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law. This form, approved by the Judicial Conference of the United States in September 1974, is required pursuant to Local Rule 3-1 is not filed but is used by the Clerk of the Court for the purpose of statistics, venue and initiating the civil docket sheet. (For more detailed instructions, see separate instructions sheet.)

Key to Statistical codes relating to Social Security Cases:

| Nature of Suit Code | Abbreviation | Substantive Statement of Cause of Action |
|---|---|---|
| 861 | HIA | All claims for health insurance benefits (Medicare) under Title 18, Part A, of the Social Security Act, as amended. Also, include claims by hospitals, skilled nursing facilities, etc., for certification as providers of services under the program. (42 U.S.C. 1935FF(b)) |
| 862 | BL | All claims for "Black Lung" benefits under Title 4, Part B, of the Federal Coal Mine Health and Safety Act of 1969. (30 U.S.C. 923) |
| 863 | DIWC | All claims filed by insured workers for disability insurance benefits under Title 2 of the Social Security Act, as amended; plus all claims filed for child's insurance benefits based on disability. (42 U.S.C. 405(g)) |
| 863 | DIWW | All claims filed for widows or widowers insurance benefits based on disability under Title 2 of the Social Security Act, as amended. (42 U.S.C. 405(g)) |
| 864 | SSID | All claims for supplemental security income payments based upon disability filed under Title 16 of the Social Security Act, as amended. |
| 865 | RSI | All claims for retirement (old age) and survivors benefits under Title 2 of the Social Security Act, as amended. (42 U.S.C. (g)) |